1

2

3

4

5

6

7                      UNITED STATES DISTRICT COURT

8                      CENTRAL DISTRICT OF CALIFORNIA

9

10   MIGUEL ANGEL GONZALES,          )   No. EDCV 12-1392 DSF (FFM)
                                      )
11                    Petitioner,     )   ORDER ACCEPTING FINDINGS,
                                      )   CONCLUSIONS AND
12         v.                         )   RECOMMENDATIONS OF
                                      )   UNITED STATES MAGISTRATE JUDGE
13   ROBERT NARANJO,                  )
                                      )
14                    Respondent.     )
     _____ )

15

16         Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this

17   action, the attached Report and Recommendation of United States Magistrate Judge

18   ("Report"), and the objections thereto.  Good cause appearing, the Court concurs with

19   and accepts the findings of fact, conclusions of law, and recommendations contained in

20   the Report after having made a de novo determination of the portions to which

21   objections were directed.

22         IT THEREFORE IS ORDERED that Judgment be entered denying the Petition

23   without prejudice.

24                          12/10/12
     DATED: _____

25

26

27                                        _____
                                                    DALE S. FISCHER
28                                             United States District Judge