UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ANGEL GONZALES,<br><br>        Petitioner,<br><br>  v.<br><br>ROBERT NARANJO,<br><br>        Respondent. | No. EDCV 12-1392 DSF (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: 12/10/12

DALE S. FISCHER
United States District Judge